UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>ORDER |

**This Document Relates to:**

| | |
|---|---|
| *Christina Allmon v.* *Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-11333-DRH-PMF |
| *Sarah Anderson v. Bayer Corp., et al.* | No. 3:10-cv-12663-DRH-PMF |
| *Victoria Blanchfield v. Bayer Corp., et al.* | No. 3:10-cv-12661-DRH-PMF |
| *Dagmar Breeden v.* *Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-11341-DRH-PMF |
| *Dana Buffin v.* *Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-12071-DRH-PMF |
| *Audrey Burnett v. Bayer Corp., et al.* | No. 3:10-cv-11183-DRH-PMF |
| *Kendel Cochran v. Bayer Corp., et al.* | No. 3:10-cv-10761-DRH-PMF |
| *Mandolyn Davis v. Bayer Corp., et al.* | No. 3:10-cv-12650-DRH-PMF |
| *Samantha Lehman v. Bayer Corp., et al.* | No. 3:10-cv-12690-DRH-PMF |
| *Stephanie Lowery v.* *Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-11459-DRH-PMF |
| *Alexandria Mosher v. Bayer Corp., et al.* | No. 3:10-cv-12698-DRH-PMF |
| *Syreeta Page v. Bayer Corp., et al.* | No. 3:10-cv-12700-DRH-PMF |
| *Kelly Perez v.* *Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-13224-DRH-PMF |
| *Angela Perkins v. Bayer Corp., et al.* | No. 3:10-cv-12701-DRH-PMF |

*Rose Pickard v. Bayer Corp., et al.*          No. 3:10-cv-12702-DRH-PMF

*Cecelia Ruiz v.*          No. 3:10-cv-12847-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Afton Salyers v. Bayer Corp., et al.*          No. 3:10-cv-12708-DRH-PMF

*Melissa Sellnow v.*          No. 3:10-cv-12957-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Charda Siler v.*          No. 3:10-cv-11056-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*April Taylor v.*          No. 3:09-cv-10065-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Susan Vaughn v. Bayer Corp., et al.*          No. 3:10-cv-12741-DRH-PMF

*Andrea Velazquez v. Bayer Corp., et al.*          No. 3:10-cv-10483-DRH-PMF

*Diana Warren v.*          No. 3:10-cv-10118-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing the above mentioned cases with prejudice dated September 16, 2011, plaintiffs' complaints are **DISMISSED** with prejudice. Each party shall bear their own costs.

         **NANCY J. ROSENSTENGEL,**
         **CLERK OF COURT**

         **BY:** /s/*Sandy Pannier*
         **Deputy Clerk**

**DATED: September 19, 2011**

Digitally signed by David R. Herndon
Date: 2011.09.19 14:04:43 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**